Commonwealth *v.* Hoffman, Appellant.

Submitted March 9, 1970. *Richard D. Walker,* Public Defender, for appellant; *Jerome T. Foerster,* Assistant District Attorney, and *LeRoy S.*

*Zimmerman,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM : Appellant pleaded guilty, was sentenced and failed to appeal. He filed a PCHA petition alleging denial of his appeal right and attacking his guilty plea. The court below denied appellant's motions for a new trial nunc pro tunc, but held no hearing on the issues regarding the guilty plea. Order vacated and remanded for proceedings in accordance with our opinion in *Commonwealth v. Williams,* 216 Pa. Superior Ct. 355, 267 A. 2d 880 (1970). See *Commonwealth v. Hackett,* 216 Pa. Superior Ct. 353, 266 A. 2d 793 (1970).